# Tirelli & Wallshein, LLP

| | |
|---|---|
| Westchester Financial Center | 115 Broad Hollow Road |
| 50 MAIN STREET, STE. 405 | SUITE 350 |
| WHITE PLAINS, NEW YORK 10606 | MELVILLE, NY 11747 |
| PHONE (914)732-3222 | (631)824-6555 |

Linda M. Tirelli*
Charles H. Wallshein**

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY

November 27, 2017

Hon Judge James L Garrity
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE:   Status Report / Base Ch 13 and Adversary

   16-01020-jlg Cocoletzi et al v. Orly
   15-11650-jlg Amir Orly

Dear Honorable Judge Garrity:

Please accept this as the Debtor / Plaintiff's Case Status Report for the above captioned base chapter 13 bankruptcy case and the related pending adversary proceeding.

Since the last appearance before Your Honor there has been no changes in the status of the action pending in the U.S. District Court for S.D.N.Y.  While Mr. Androphy has requested a certificate of default be entered as to Mr. Orly and a co-defendant, and the clerk did file a certificate on July 28, 2017 noting the default, nothing further has been filed by the plaintiffs with the District Court and there is still no pending motion for an entry of a default judgment.  That said, the case pending before Your Honor is at a standstill.  If Mr. Androphy's clients are doing nothing to advance their case in the U.S. District Court, the Debtor can do nothing to move his bankruptcy case towards closure.

 Thank you for Your Honor's continued patience with this case.  I remain

                                         Very truly yours,
                                          __/s/ Linda M. Tirelli, Esq.
                                         Linda M Tirelli, Esq.

cc: Josha Androphy, Esq.